**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. **10-58032-CMC** |
| | § | |
| **JEKUMS, JANIS K.** | § | Chapter 7 |
| | § | |
| | § | Judge: **Caldwell** |
| Debtor(s). | § | |

**NOTICE TO THE CLERK OF SMALL DIVIDENDS**

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $6.58 represents the total sum of small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those small dividends are as follows:

| Creditor Name and Address | Claim No. | Amount of Dividend |
|---|---|---|
| Central Ohio Nephrology Assoc.<br>200 Bradenton Ave.<br>Dublin, OH 43017 | 4 | 4.82 |
| Ohio ENT<br>P.O. Box 951601<br>Cleveland, OH 44193 | 7 | 1.76 |

Dated:   March 29, 2011

/s/ Larry J. McClatchey
Larry J. McClatchey, Trustee (0012191)
65 East State Street, Suite 1800
Columbus, Ohio 43215
(614) 462-5400
lmcclatchey@keglerbrown.com

cc:   US Trustee, 170 North High Street, Suite 200, Columbus, Ohio 43215
Central Ohio Nephrology Assoc. , 200 Bradenton Ave., Dublin, OH 43017
Ohio ENT, P.O. Box 951601, Cleveland, OH 44193